UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, Sr., | Case No. 2:23-cv-00852-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| NATION'S GIANT HAMBURGERS, | |
| Defendants. | |

On January 24, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 24, 2024, ECF No. 4 are ADOPTED; and

2. Plaintiff's complaint, ECF No. 1, is dismissed without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE