# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., | Case No.:  2:23-cv-00852-DJC-JDP (PS) |
| Plaintiff, | |
| v. | **ORDER** |
| NATION'S GIANT HAMBURGERS, | |
| Defendant. | |

On March 25, 2024, Plaintiff filed a Motion for Reconsideration of the Court's Order dismissing Plaintiff's Complaint without leave to amend.  *See* ECF No. 7.  Upon review of Plaintiff's Motion, the Court finds that Plaintiff has not established reconsideration is warranted due to new or different facts or circumstances.  *See* E.D. Cal. L.R. 230(j).  Accordingly, the Court DENIES Plaintiff's [7] Motion for Reconsideration.

IT IS SO ORDERED.

Dated:  March 28, 2024            /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE